EDNA VAN BUREN, Respondent, v. MONTGOMERY WARD & Co., INCORPORATED, Appellant.— Appeal from a judgment founded in negligence in favor of the plaintiff. She asserts that she slipped on a stairway within the store building

of defendant. The verdict is against the weight of evidence. Judgment and order reversed, on the facts, and a new trial granted, with costs to abide the event. Hill, P. J., Brewster, Foster, Russell and Deyo, JJ., concur.